BRAUNSTEIN AND TODISCO, P.C. *v.* BERNARD BOSSOM ET AL.
(13268)

O'Connell, Foti and Lavery, Js.

Argued September 19—decision released October 10, 1995

*David M. Reilly,* for the appellants (defendants).

*Howard K. Levine,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.